1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE WEAVER,

11        Plaintiff,                    No. CIV S-10-3407 KJM DAD P

12        vs.

13   GUY GILLEN,

14        Defendant.               FINDINGS & RECOMMENDATIONS

15   _____/

16        A recent court order was served on plaintiff's address of record and returned by

17   the U.S. Postal Service as undeliverable.  It appears that plaintiff has failed to comply with Local

18   Rule 183(b), which requires that a party appearing in propria persona inform the court of any

19   address change.  More than sixty-three days have passed since the court order was returned by the

20   postal service and plaintiff has failed to notify the Court of a current address.

21        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice for failure to prosecute.  See Local Rule 183(b).

23        These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Any response to the objections shall be filed and served

2  within fourteen days after service of the objections. Plaintiff is advised that failure to file

3  objections within the specified time may waive the right to appeal the District Court's order.

4  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5  DATED: January 4, 2012.

6

7  _____
   DALE A. DROZD

8  UNITED STATES MAGISTRATE JUDGE

9  DAD:4
   weav3407.33a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26